UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| SHANNON LEE JARNIGAN | ) | |
| | ) | |
| v. | ) | NO. 2:05-CV-135 |
| | ) | |
| HAMBLEN COUNTY JAIL, | ) | |
| ROOKIE INMAN, Jail Adm'r; | ) | |
| BOBBY SMITH, OIC | ) | |

## ORDER

Shannon Lee Jarnigan, a prisoner in the Hamblen County Detention Center, filed this *pro se* civil rights complaint under 42 *U.S.C.* § 1983. On May 13, 2005, the Court entered an order notifying the plaintiff of certain deficiencies in her lawsuit, specifically the omission of the filing fee or the documents required for pauper status. The plaintiff was forewarned that, unless she corrected the deficiencies in a timely manner, she would be assessed the civil filing fee and her case would be dismissed. Though the time allotted in the order for submission of the filing fee or the necessary pauper

documents has now passed, the plaintiff has failed to respond or comply with the order.

Accordingly, the plaintiff is **ASSESSED** the civil filing fee of two-hundred and fifty dollars ($250.00), and this action is **DISMISSED** for want of prosecution under *Fed. R. Civ. P.* 41(b); *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997).

**ENTER**:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE